NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKKELSEN GRAPHIC ENGINEERING, INC.,**
*Plaintiff-Appellee,*

**v.**

**ZUND AMERICA, INC.,**
*Defendant-Appellant.*

---

2012-1472

---

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 07-CV-0391, Judge Lynn Adelman.

---

**ON MOTION**

---

**O R D E R**

Mikkelsen Graphic Engineering, Inc. moves to accept the brief of the plaintiff-appellee as filed or in the alternative, for a 1-day extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MIKKELSEN GRAPHIC ENGINEERING V. ZUND AMERICA          2

The motion for an extension of time is granted.   All other motions are moot.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21